# UNITED STATES DISTRICT COURT
for the
District of Montana

Great Falls Division

James H. Parker

**Plaintiff(s)**
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

~~[redacted]~~,
Chelsea Shawn Angela McMahon

**Defendant(s)**
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Case No. _____
*(to be filled in by the Clerk's Office)*

RECEIVED
OCT 06 2025
Clerk, U.S. District Court
District of Montana
Great Falls Division

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

I.  **The Parties to This Complaint**

   A.  **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.
   Name: James Houston Parker
   All other names by which you have been known:
   ID Number
   Current Institution
   Address

   City          State          Zip Code

   B.  **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

   Defendant No. 1
   Name: Angela Chelsea Shawn McMahon
   Job or Title *(if known)*
   Shield Number
   Employer
   Address

   City          State          Zip Code

   Defendant No. 2
   Name: [scribbled out]
   Job or Title *(if known)*
   Shield Number
   Employer
   Address

   City          State          Zip Code

Defendant No. 3
  Name
  Job or Title *(if known)*
  Shield Number
  Employer
  Address

| City | State | Zip Code |

Defendant No. 4
  Name
  Job or Title *(if known)*
  Shield Number
  Employer
  Address

| City | State | Zip Code |

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*: See attachment: "II. Basis for Jurisdiction"

  ☐ Federal officials (a *Bivens* claim)

  ☒ ~~State or local officials~~ (a § 1983 claim) individuals named; individual capacity

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

42 U.S.C § 1983 pursuant to 28 U.S.C. § 1343, violation of my civil liberties and Montana state law (MCA); 2-9-101 "Slander" and "Sexual harassment / Assault-verbal"

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Different state lines; See Attachment

V.  **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

See Attachment: "V. Injuries"

VI. **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Grant me "Due process" of law as stated in the constitution to have my case heard.

See Attachment: "VI. Relief"

VII. **Previous Lawsuits**

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes
☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A.  Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☐ No

B.  If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) _____
   Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*
   _____

3. Docket or index number
   _____

4. Name of Judge assigned to your case
   _____

5. Approximate date of filing lawsuit
   _____

6. Is the case still pending?

   ☐ Yes

   ☐ No

   If no, give the approximate date of disposition. _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*
   _____

C.  Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐ Yes

☐ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) _____

   Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

   _____

3. Docket or index number

   _____

4. Name of Judge assigned to your case

   _____

5. Approximate date of filing lawsuit

   _____

6. Is the case still pending?

   ☐ Yes

   ☐ No

   If no, give the approximate date of disposition _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   _____

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

(MCA) 45-5-221, MCA - Lexis Nexis® See Att.

III. **Prisoner Status**

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☒ Convicted and sentenced state prisoner

☐ Convicted and sentenced federal prisoner

☒ Other *(explain)* "Postconviction - Relief" - should be released soon.

IV. **Statement of Claim** See Att.

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Describe where and when the events giving rise to your claim occurred.

2024-2025 (MSP) "Montana State Prison", (SAU) - "Secured Adjustment Unit" / (RHU) - "Restricted Housing Unit"

B. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* Attach additional pages if needed.

See Attachment: "IV. Statement of Claim"

Complaint for Violation of Civil Rights (Prisoner)

## VIII. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 9-25-25

Signature of Plaintiff: *James Lh*
Printed Name of Plaintiff: James Houston Parker
Prison Identification #: 3034794
Prison Address: 700 Conley Lake Rd.
Deer Lodge, MT 59722

Date:_____

Attachment: "II. Basis for Jurisdiction"

(A.) ☒ Chelsea Shawn Angela McMahon

(B.) ☒ In her individual capacity, claiming that she is violating my "civil liberties" or "human rights" by malicious persecution, putting my family at risk - possibly causing them / me bodily injury or death; and sexual harassment, slanderous obscene statements etc.

(C.) I'm in Montana and she is in another state facility I believe. Different state lines are jurisdiction federally.

(D.) MCA 2-9-101, MCA 45-5-221, Montana state law codes for "Slander and Malicious intimidation or harassment relating to civil or human rights".

Date:_____

Attachment: "IV. Statement of the claim"

(A.) (MSP) at the (SAU) now at (RHU) for the years 2024-2025

(B.) 2024 at the (SAU): I plaintiff "J.H.P." was placed in segregation for fighting another inmate as records will show from filing of kites, grievances, and via tablet. I've been constantly ignoring the defendant "C.S.A.M.", some of the staff here, my family, and even Mr. President Trump's Administration have witnessed her. 45-5-6 MCA - (4)(A) via "Tablets"; "electronic communication" means a sign, a signal, writing, image, a sound, data, or intelligence of any nature transmitted or created in whole or in part by a wire, radio, eletromagnetic, photoelectric, or photo-optical system, until 2025 current

Date:_____

Attachment: "V. Injuries"

1. emotional distress

2. public humiliation

3. reputation in the community

4. Put my family and I at risk of bodily harm or/and danger, death etc.

5. pain suffering

6. pecuniary damages

7. infringement of my "human rights".

Attachment: "VI. Relief"

1. I respectfully ask the courts to grant me "due process" and have my case heard to were justice for my civil liberties could prevail.